**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

DAVOUD GHATANFARD,

                Debtor.
-----------------------------------------------------------------X
DAVOUD GHATANFARD,

                Appellant,   24 **CIVIL** 2858 (CS)

    -against-   **JUDGMENT**

PAVLE ZIVKOVIC,

               Appellee.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 7, 2024, the bankruptcy court's order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         November 8, 2024

                                              **DANIEL ORTIZ**

                                           **Acting Clerk of Court**
                      **BY:**   *K. Mango*
                                               **Deputy Clerk**